**COMMONWEALTH of Pennsylvania, Respondent**

v.

**David M. COOK, Petitioner**

**No. 898 MAL 2016**

Supreme Court of Pennsylvania.

April 25, 2017

## ORDER

PER CURIAM

**AND NOW,** this 25th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

**IN RE: ESTATE OF Ralph F. TITO, Deceased**

**Petition of: Carol J. Galinac**

**No. 510 WAL 2016**

Supreme Court of Pennsylvania.

April 25, 2017

## ORDER

PER CURIAM

**AND NOW,** this 25th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Edwin C. HAINES t/d/b/a Echo, Respondent**

v.

**Lofty HACKENBERG and Tina Hackenberg, Partners t/a Lofty's Restaurant, Petitioners**

**No. 833 MAL 2016**

Supreme Court of Pennsylvania.

April 25, 2017

## ORDER

PER CURIAM

**AND NOW,** this 25th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**